# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 75 MAP 2018 |
| Appellant | : | |
| v. | : | |
| RONALD LEWIS WEBB JR., | : | |
| Appellee | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 76 MAP 2018 |
| Appellant | : | |
| v. | : | |
| RONALD LEWIS WEBB JR., | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of September, 2020, the Joint Application to Remand is GRANTED, and the matter is REMANDED to the Court of Common Pleas of Lycoming County for further proceedings.